UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

CARLOS MANUEL LAYER ACEVEDO,

        Defendant.
_____

DECISION AND ORDER

20-CR-6149L

   This Court referred all pretrial matters in this criminal action to United States Magistrate Judge Mark W. Pedersen pursuant to 28 U.S.C. § 636(b). The defendant filed motions, including a motion to suppress statements that he made at his arrest. Magistrate Judge Pedersen held a suppression hearing (Dkt. #30) which I have reviewed and he entered a detailed Report and Recommendation (Dkt. #31). The recommendation was that this Court should deny the motion to suppress, except for defendant's response to one question as to who lived at Clay Avenue (sometimes referred to as Clay Street) in Rochester, New York.

   The time within which to file objections to the Report and Recommendation has now lapsed and neither side has made any objection to the Report and Recommendation. In fact, the defendant filed a letter (Dkt. #32) indicting that the defendant would not file any objection the Report and Recommendation.

## CONCLUSION

In light of the above, I accept and adopt the Report and Recommendation (Dkt. #31) of United States Magistrate Judge Mark W. Pedersen. No objections have been made to that Report.

Defendant's motion to suppress statements made on June 15, 2021 is denied, except that his response to the question as to who lived at Clay Avenue (Street) is suppressed.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       October 26, 2021.