UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                              Plaintiff,

          v.

CARLOS MANUEL LAYER ACEVEDO,

                              Defendant.
_____

<u>DECISION AND ORDER</u>

20-CR-6149DGL

Defendant Carlos Manuel Layer Acevedo moves by counsel (the Federal Public Defender) for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). The motion is based on an amendment to the United States Sentencing Guidelines (U.S.S.G.) § 4A1.1(d), effective November 1, 2023, which results in a lower guideline range for the defendant.

Furthermore, the Sentencing Commission voted to apply the amendment retroactively, *see* U.S.S.G. § 1B1.10. The effective date though of the retroactivity amendment is February 1, 2024.

Defendant's motion was filed on November 1, 2023 (Dkt. #59). The United States Probation Office filed a Supplemental Presentence Report on November 20, 2023 (Dkt. #61). The Government filed its Response to the motion on December 4, 2023 (Dkt. #62) and does not oppose defendant's requested for some reduction. Defendant filed a Reply to the Government's Response on December 15, 2023 (Dkt. #63).

The statute and caselaw directs that the Court must first determine whether a defendant is eligible for a sentence modification. Then the Court must determine the guideline range that would have been applicable had the relevant amendment been in effect. Generally, U.S.S.G.

§ 1B1.10(b)(2) limits the extent of the reduction and the Court may not reduce the term to less than the minimum of the amended guideline range. The other important requirement is that the Court must consider any applicable sentencing factor under 18 U.S.C. § 3553(a) and determine whether, in its discretion, the reduction is warranted on the particular circumstances of the case.

I am familiar with this defendant, his conviction, and prior sentence. I have reviewed all of the matters submitted and carefully considered the sentencing factors under 18 U.S.C. § 3553(a). I hereby GRANT defendant's motion for a sentence reduction, to a sentence of time served, effective February 1, 2024.

## CONCLUSION

Defendant Carlos Manuel Layer Acevedo's motion for a reduction of sentence (Dkt. #59) is hereby GRANTED, and his sentence is reduced to time served, effective February 1, 2024.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       January 16, 2024.

2